# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153441 & (15)(16)

KAREN GORSKI,
      Plaintiff-Appellee,

v

AT&T MICHIGAN,
      Defendant/Third-Party
      Plaintiff-Appellant,

and

JOHNSON CONTROLS, INC.,
      Defendant/Third-Party Defendant.

SC: 153441
COA: 329039
Macomb CC: 2013-003803-NF

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 15, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for a stay of proceedings is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016



Clerk

a0412